In the Matter of the Claim of CHARLES H. PORTER, Respondent, against VAN DORN IRON WORKS and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ISAAC WERNER, Appellant, against MAX SLONIMSKY and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.